IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN KELLY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 25-1307 |

<u>ORDER</u>

AND NOW, this 30th day of October 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)   the motion of named defendants to dismiss the amended complaint (Doc. # 11) is GRANTED;

(2)   the unnamed defendants John Does 1-10 are dismissed without prejudice; and

(3)   the Clerk shall mark this action closed.

BY THE COURT:

<u>/s/   Harvey Bartle III</u>
J.